**94–571.** State ex rel. McKinney v. Wilkinson. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed. On motion to amend complaint. Motion denied.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.